# United States District Court
## Violation Notice

CVB Location Code

**WW13**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| **LM024842** | **Robertson** | **410** |

**LM024842**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☒State Code |
|---|---|
| **8/10/2018 13:35** | **RCW 46.61.140** |

Place of Offense

41ST DIVISION DR  and PENDLETON BLVD          BUSINESS

Offense Description: Factual Basis for Charge                    HAZMAT ☐

**Improper Lane Usage**

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| **MUELLER** | **COLE** | **R** |

A ☒ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (above).

B ☐ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (above)

Forfeiture Amount

$30.00  Processing Fee

**PAY THIS AMOUNT -->**          **Total Collateral Due**

YOUR COURT DATE
(if no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X  Defendant Signature

(Rev. 01/2011)                    Return to CVB With Payment

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 8/10/2018,  while exercising my duties as a law enforcement officer in the Western District of Washington.

See Additional Probable Cause Statement

The foregoing statement is based upon:

☐ my personal observation          ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   8/10/2018

_____
Date(mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

_____
Date(mm/dd/yyyy)        U.S. Magistrate Judge Signature

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;  **CMV** = Commmercial vehicle in incident.